Foster A. Gilliland et al., as Water Commissioners of Monroe Avenue Water District in Town of Brighton, Respondents, v. Lincoln-Alliance Bank and Trust Company, Appellant, Impleaded with Others.

(Argued March 7, 1934; decided March 23, 1934.)

*T. Carl Nixon* and *James M. O'Reilly* for appellant. *Kenneth B. Keating* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, O'Brien, Hubbs and Crouch, JJ. Not sitting: Kellogg, J.